United States District Court
Southern District of Texas
**ENTERED**
November 30, 2015
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| SHEILA LOZANO, *et al*, § | |
| § | |
| Plaintiffs, § | |
| VS.  § | CIVIL ACTION NO. 7:15-CV-185 |
| § | |
| ASI LLOYDS, *et al*, § | |
| § | |
| Defendants. § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The Court, after having considered Plaintiffs SHELIA LOZANO AND SERGIO SOLIS and Defendants ASI LLOYDS, VERICLAIM, INC., AND ALDO HANZE, JR.'S Agreed Motion for Dismissal with Prejudice, is of the opinion that said Motion should be granted.

IT IS THEREFORE ORDERED that Plaintiffs' claims against all Defendants are hereby **DISMISSED** with prejudice.

IT IS FURTHER ORDERED that the parties shall bear their own costs.

IT IS FURTHER ORDERED that any relief not specifically granted herein is hereby denied.

SO ORDERED this 30th day of November, 2015, at McAllen, Texas.

_____
Randy Crane
United States District Judge